OCTOBER 27, 2011

No. 11–7054 (11A432). GARCIA *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

OCTOBER 28, 2011

No. 10–224. NATIONAL MEAT ASSN. *v.* HARRIS, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. [Certiorari granted, 564 U. S. 1036.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondents Humane Society of the United States et al. for divided argument denied.

No. 10–879. KURNS, EXECUTRIX OF THE ESTATE OF CORSON, DECEASED, ET AL. *v.* RAILROAD FRICTION PRODUCTS CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 563 U. S. 1032.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–1211. VARTELAS *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. [Certiorari granted, 564 U. S. 1066.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 10–1261. CREDIT SUISSE SECURITIES (USA) LLC ET AL. *v.* SIMMONDS. C. A. 9th Cir. [Certiorari granted, 564 U. S. 1036.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 10–7387. SETSER *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, 564 U. S. 1004.] Motion of the Solicitor General for divided argument granted.

OCTOBER 31, 2011

No. 11–82. MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEO-